1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. CV 20-10911-FLA (MRWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER**<br><br>Hon. Fernando L. Aenlle-Rocha<br>United States District Judge |

On March 4, 2022, Defendants moved to amend the Scheduling Order (Dkt. 35) to require Defendants to process 1,500 pages per month and complete all review by December 2, 2022. Upon consideration of Defendants' Motion, the Memorandum of Points and Authorities in support thereof, and the files and records in this case, and for good cause shown, the court GRANTS Defendant's Motion, and ORDERS the Scheduling Order be amended as follows:

- Defendants are ORDERED to process at least 1,500 pages per month; and
- Defendants are ORDERED to complete all review no later than December 2, 2022;

Dated:

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

Presented by:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

    /s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
MATTHEW J. SMOCK
Assistant United States Attorneys

Attorneys for Defendants
U.S. Department of Homeland Security, DHS Office of Inspector General, and U.S. Immigration and Customs Enforcement