1               UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                     ---

4     HONORABLE **FERNANDO L. AENLLE-ROCHA,** JUDGE PRESIDING

5                     ---

6

7

8   **LOS ANGELES TIMES**         )
     **COMMUNICATIONS LLC,**      )

9                      )
                       )

10                     )
             Plaintiff    )

11                     ) CV NO. 20-10911
          VS            )

12                     )
     **US DEPARTMENT OF HOMELAND**    )

13   **SECURITY,** et al.,         )
                     )

14                     )
              Defendants   )

15  _____)

16

17         Reporter's Transcript of Proceedings
               **STATUS CONFERENCE**

18           Los Angeles, California
           **FRIDAY, DECEMBER 3, 2021**

19              11:00 A.M.

20

21

22

23

24         ANNE KIELWASSER, CRR, RPR, CSR
         Federal Official Court Reporter

25        **UNITED STATES DISTRICT COURT**
        **CENTRAL DISTRICT OF CALIFORNIA**
           anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3

 4     ON BEHALF OF THE PLAINTIFF:

 5     Daniel Aaron Laidman
       Davis Wright Tremaine LLP
 6     865 South Figueroa Street 24th Floor
       Los Angeles, CA 90017-2566
 7     213-633-6800
       Fax: 213-633-6899
 8     E-mail: Danlaidman@dwt.com

 9

10

11

12     ON BEHALF OF DEFENDANT US DEPARTMENT OF HOMELAND SECURITY:

13

14     Matthew Jimenez Barragan
       AUSA - Office of US Attorney
15     300 North Los Angeles Street Suite 7516
       Los Angeles, CA 90012
16     213-894-2444
       Fax: 213-894-7819
17     E-mail: Matthew.barragan@usdoj.gov

18

19

20

21

22

23

24

25
```

|           |    |                                                                      |
|-----------|----|----------------------------------------------------------------------|
|           | 1  | **FRIDAY, DECEMBER 3, 2021**                      **11:00 A.M.**      |
|           | 2  | ~ ~ ~                                                                |
|           | 3  | P R O C E E D I N G S                                                |
| 11:08:43  | 4  | ~ ~ ~                                                                |
| 11:08:43  | 5  | COURT CLERK:  Calling the case CV 20-10911.  Los                     |
| 11:08:52  | 6  | Angeles Times Communication LLC versus Department of Homeland        |
| 11:08:57  | 7  | Security, et al.                                                     |
| 11:08:58  | 8  | Counsel, please make your appearances.                               |
| 11:08:58  | 9  | **MR. LAIDMAN:**  Good morning.  Dan Laidman for                     |
| 11:09:01  | 10 | plaintiffs, Los Angeles Times Communications.                        |
| 11:09:04  | 11 | **MR. BARRAGAN:**  Good morning.  Assistants U.S.                    |
| 11:09:07  | 12 | Attorney Matthew Barragan for the defendants.                        |
| 11:09:09  | 13 | **THE COURT:**  All right, good morning to each of                   |
| 11:09:12  | 14 | you.                                                                 |
| 11:09:12  | 15 | Just for future reference, the plaintiff                             |
| 11:09:16  | 16 | usually sits on this side and the defense on that side.              |
| 11:09:19  | 17 | So, let's see, the matter is here today as a                         |
| 11:09:23  | 18 | result of the parties' request for a status conference               |
| 11:09:38  | 19 | concerning this action that's been filed by the plaintiff            |
| 11:09:45  | 20 | pursuant to the Freedom of Information Act.                          |
| 11:09:48  | 21 | So, what would you like to accomplish at                             |
| 11:09:52  | 22 | today's status conference?                                           |
| 11:09:53  | 23 | Let me start with the plaintiff.                                     |
| 11:09:58  | 24 | **MR. LAIDMAN:**  Thank you, Your Honor.                             |
| 11:09:59  | 25 | **THE COURT:**  Well, I want to make sure we can hear                |

11:10:01  1  you, especially with masks on.  Why don't you use the

11:10:05  2  lectern.  You'll have ready access to the microphone.

11:10:10  3      **MR. LAIDMAN:**  Okay.

11:10:11  4      **THE COURT:**  And my practice here has been to

11:10:14  5  comply with CDC guidelines, but in cases where witnesses are

11:10:19  6  testifying or lawyers are addressing the Court, if you're

11:10:22  7  fully vaccinated, and if you're comfortable with removing

11:10:28  8  your mask, you may do so for purposes of speaking to the

11:10:31  9  Court, okay?  So just want to let you know.

11:10:34  10      **MR. LAIDMAN:**  I am, if you have any trouble

11:10:37  11  hearing me, I'm glad to take it off.

11:10:37  12      **THE COURT:**  Okay.

11:10:41  13      **MR. LAIDMAN:**  So, again, we very much appreciate

11:10:43  14  the Court's entering the stipulation and holding this hearing

11:10:47  15  today.

11:10:47  16          Mr. Barragan and I have had extensive

11:10:52  17  communications with our other colleagues, and it's been, I

11:10:54  18  think, a productive and cordial set of discussions that have

11:10:57  19  moved the ball on many issues; but, unfortunately, I think

11:11:00  20  we're at an impasse when it comes to the pace of the

11:11:04  21  remaining production.

11:11:04  22          And so what we're hoping to accomplish today

11:11:07  23  is to have the Court hopefully adopt the framework for the

11:11:12  24  schedule that we agree to, which is, that it's appropriate to

11:11:17  25  have summary judgment proceed after the production is

| 11:11:20 | 1 | complete, and we have proposed a timeline for the government |
| 11:11:25 | 2 | moving first within 30 days of its completion of the |
| 11:11:30 | 3 | production and then proceeding according to regular schedule |
| 11:11:35 | 4 | from there. |
| 11:11:35 | 5 | And because of the nature of the FOIA action |
| 11:11:41 | 6 | where the government bears the burden and because summary |
| 11:11:44 | 7 | judgment is highly likely to be the final step, often |
| 11:11:48 | 8 | cross-motions are appropriate in FOIA as opposed to other |
| 11:11:52 | 9 | types of civil litigation. |
| 11:11:53 | 10 | And so we would request the Court adopt the |
| 11:11:55 | 11 | schedule where we do cross-motions for summary judgment after |
| 11:11:58 | 12 | the production is complete.  And that's -- I think we're on |
| 11:12:03 | 13 | the same page as to that portion of it.  It's just a matter |
| 11:12:08 | 14 | of the pace of production for what's left. |
| 11:12:09 | 15 | And I don't want to repeat everything that |
| 11:12:11 | 16 | was in the status report.  I'm happy to answer any questions |
| 11:12:13 | 17 | that the Court has, but the essence of that, really, from our |
| 11:12:19 | 18 | perspective is, that these are requests that our clients made |
| 11:12:21 | 19 | in June and July of 2020.  So, it's been almost a year and a |
| 11:12:26 | 20 | half now.  They were basically ignored at the agency level. |
| 11:12:29 | 21 | And so we had to file this lawsuit at the end |
| 11:12:31 | 22 | of 2020.  No productions were made until after the lawsuit |
| 11:12:34 | 23 | was filed.  We've been, I think, diligent -- I think it's |
| 11:12:38 | 24 | demonstrated -- about trying to move it along.  Yeah, with |
| 11:12:42 | 25 | the assistance of counsel who we've had these productive |

11:12:46  1  conversations with.  But we seem to be at a point now where,

11:12:50  2  you know, almost a year and -- well, actually, I think this

11:12:52  3  week it is a year into the lawsuit, and a year and a half

11:12:55  4  after the requests were made, we've only just learned that

11:12:59  5  there are thousands of pages, I guess, 18,000 of pages of

11:13:03  6  attachments to the red books that have been requested that

11:13:07  7  haven't yet been reviewed for processing, and we have been

11:13:10  8  asking for that number since March so that we could set an

11:13:15  9  appropriate schedule.

11:13:16  10         And I understand why the Court didn't want to

11:13:19  11  set a schedule at that time because there was insufficient

11:13:21  12  information about the universe of response of documents.  Now

11:13:24  13  that we have --

11:13:25  14         **THE COURT:**  A Rule 26 report, too.

11:13:28  15         **MR. LAIDMAN:**  Certainly.  Understood, Your Honor.

11:13:30  16         But I think we're at the point now where we

11:13:32  17  do have that information, and I think it is appropriate to

11:13:35  18  set a schedule, and we've tried to present the Court with

11:13:38  19  authorities where courts -- analogous circumstances have set

11:13:43  20  production schedules.

11:13:44  21         We've tried to be -- I think we've tried to

11:13:47  22  be reasonable and modest in what we're requesting.  Some of

11:13:50  23  these cases have ordered productions of far more than 3,000

11:13:54  24  pages a month.  But, you know, we've tried to be reasonable.

11:13:57  25  We understand the volume.  We understand the challenges that

11:14:00  1   the agencies face, but given the history here where without

11:14:04  2   this schedule there has been this delay, and it has dragged

11:14:07  3   on, and the fact that it took filing the lawsuit to get

11:14:10  4   anything produced in the first place, and then of course just

11:14:13  5   the substantially public interest in these records.  And the

11:14:16  6   fact that our client is a daily newspaper, it's disseminating

11:14:21  7   this information to the public on a regular ongoing basis,

11:14:24  8   that we think that the production schedule that we suggested

11:14:29  9   is appropriate.

11:14:30  10          THE COURT:  What has been given to you?

11:14:32  11          MR. LAIDMAN:  So, it's several hundred pages of

11:14:35  12  records.  We just got another production yesterday that's

11:14:38  13  still under review.  So, going through each of those

11:14:44  14  individual requests, the first one -- it's for underlying

11:14:48  15  records from a particular DHS report from 2019.  We've

11:14:53  16  received some records in response to that request, but I

11:14:57  17  believe there's about 4000 pages remaining that have been

11:15:00  18  referred -- well, DHS referred it to ICE for process.

11:15:04  19          So, it is one of the other defendants in the

11:15:06  20  case that I guess is the bottleneck on that one, but they're

11:15:10  21  still awaiting several thousand page in that request.

11:15:12  22          There also are -- there is another request,

11:15:16  23  it's in a similar status for the reports of investigations

11:15:21  24  where productions have been made, several hundred pages that

11:15:26  25  we're reviewing, but we're still waiting about a thousand

11:15:29  1    pages that also have been referred to ICE for processing.

11:15:32  2          So, with those requests that have been in the

11:15:35  3    Complaint from the beginning, we're still waiting for about

11:15:37  4    5,000 pages.  We've received several hundred.  The defendants

11:15:42  5    have --

11:15:42  6          The defendants' position is that they have

11:15:44  7    completed the production as to several of the other requests

11:15:47  8    for statistical information from a database about complaints

11:15:50  9    that have been processed and then also for guidebooks and

11:15:54  10   policy documents.

11:15:55  11          And we have some issues with redactions and

11:16:00  12   with the particular format and with some of the -- whether

11:16:05  13   they're completely responsive to the requests.  So we're

11:16:09  14   meeting and conferring about those to see if we can resolve

11:16:12  15   them without having to go to summary judgment on those, and

11:16:14  16   then the big one that's left is this request for the red

11:16:19  17   books, the reports investigations.

11:16:22  18          And so we had received a spreadsheet listing

11:16:24  19   them, I think, back in March, and we've been sort of going

11:16:29  20   back and forth about what would be involved in the full

11:16:31  21   production since then; and when we made the initial request

11:16:38  22   for the page counts, it was because I believe a ICE officer

11:16:41  23   had told the reporter that it would be too voluminous, that

11:16:44  24   it would take too long.  And so we wanted a sense of the

11:16:47  25   volume to evaluate that and come up with an appropriate

| | | |
|---|---|---|
| 11:16:50 | 1 | schedule.  So, that's what we've been trying to get for |
| 11:16:53 | 2 | several months. |
| 11:16:54 | 3 | Now, they have produced the list.  They |
| 11:16:57 | 4 | produced -- |
| 11:16:58 | 5 | **THE COURT:**  The list of red books or exhibit to |
| 11:17:02 | 6 | the red books? |
| 11:17:02 | 7 | **MR. LAIDMAN:**  Red books. |
| 11:17:05 | 8 | **THE COURT:**  They've given you a list of red books. |
| 11:17:07 | 9 | **MR. LAIDMAN:**  They have now produced many -- I |
| 11:17:07 | 10 | believe -- |
| 11:17:09 | 11 | Is it everything on the list? |
| 11:17:12 | 12 | Okay, so this is what just came in yesterday, |
| 11:17:14 | 13 | we received it yesterday -- |
| 11:17:15 | 14 | **THE COURT:**  All right, and how many red books are |
| 11:17:17 | 15 | there? |
| 11:17:18 | 16 | **MR. LAIDMAN:**  190.  Yeah.  And so we're reviewing |
| 11:17:22 | 17 | that right now. |
| 11:17:24 | 18 | **THE COURT:**  It's the list.  It's not the actual |
| 11:17:25 | 19 | red books. |
| 11:17:26 | 20 | **MR. LAIDMAN:**  It is the red books. |
| 11:17:26 | 21 | **THE COURT:**  Oh, you've received the red books, not |
| 11:17:29 | 22 | just the list. |
| 11:17:30 | 23 | **MR. LAIDMAN:**  This week. |
| 11:17:31 | 24 | **THE COURT:**  Okay. |
| 11:17:31 | 25 | **MR. LAIDMAN:**  Yes.  So, we have those this week, |

11:17:33  1   but we have not gotten any of the exhibits yet, and that is

11:17:36  2   the big pool of documents that are remaining.  That's about

11:17:40  3   18,000 pages to my understanding, and that, in addition to

11:17:43  4   about 5,000 from the other requests, that's what's left.  So

11:17:48  5   that's the universe of records at this point.

11:17:51  6                 And, you know, I think we've had some

11:17:54  7   preliminary discussions about what those exhibits might look

11:17:57  8   like and whether we might be able to prioritize or narrow the

11:18:02  9   request once we see them; but we haven't seen them yet.  We

11:18:07  10  don't know basically anything about them.

11:18:08  11                So we need to take a look at that, and I

11:18:12  12  think at this point it's fair to operate under the assumption

11:18:15  13  that it is newsworthy, interesting material that we'll want

11:18:19  14  and that's subject to disclosure.  And so that's why we want

11:18:21  15  to proceed at this point and get a schedule, assuming it's

11:18:24  16  the full amount; but we will be reasonable, and if there is

11:18:27  17  grounds to narrow it, we'll prioritize, we'll come back and

11:18:31  18  we can adjust the schedule, or if Your Honor adopts the

11:18:35  19  schedule where summary judgment briefing starts after the

11:18:38  20  production is complete, we can move on to that if we agree

11:18:41  21  that it's complete.

11:18:43  22                **THE COURT:**  All right, so, the 18,000 plus pages

11:18:46  23  that you've been told about, those are Exhibits to these red

11:18:52  24  books, right?  And you don't perfectly know what those

11:18:57  25  materials are or if it's the complete universe of materials

| | | |
|---|---|---|
| 11:19:00 | 1 | that constitute exhibits to the red books; is that correct? |
| 11:19:06 | 2 | **MR. LAIDMAN:** Maybe Mr. Barragan -- |
| 11:19:09 | 3 | **THE COURT:** No, no, I'm asking you. What you've |
| 11:19:11 | 4 | been told, what you've been -- what's been shared with you. |
| 11:19:15 | 5 | **MR. LAIDMAN:** Okay. So, my understanding is that |
| 11:19:18 | 6 | those exhibits are the complete universe of the content of |
| 11:19:23 | 7 | the red books that the government says are a responsive to |
| 11:19:26 | 8 | our request. |
| 11:19:27 | 9 | **THE COURT:** Okay. |
| 11:19:28 | 10 | **MR. LAIDMAN:** We're going over the production this |
| 11:19:30 | 11 | week right now. I think our client -- we've discussed some |
| 11:19:34 | 12 | of this -- I think our client believes that there may be some |
| 11:19:37 | 13 | additional red books that weren't captured and that we'll |
| 11:19:41 | 14 | meet-and-confer about. So that's the only issue in terms of |
| 11:19:43 | 15 | completeness. As far as we understand, the 18,000 pages is |
| 11:19:46 | 16 | the full content of those books. |
| 11:19:50 | 17 | **THE COURT:** Okay. And then you've been told there |
| 11:19:53 | 18 | is a few thousand more, another, what, 4- or 5,000 -- and |
| 11:19:57 | 19 | we're talking pages here, right? Not documents. We're |
| 11:20:01 | 20 | talking pages. |
| 11:20:02 | 21 | **MR. LAIDMAN:** Correct. |
| 11:20:03 | 22 | **THE COURT:** So, there is another 4- to 5,000 pages |
| 11:20:06 | 23 | that are responsive to your other requests. |
| 11:20:06 | 24 | **MR. LAIDMAN:** Correct. |
| 11:20:09 | 25 | **THE COURT:** That have been identified. |

11:20:10  1          And have you been told that this is it, that

11:20:13  2  this is the complete universe of materials that are

11:20:15  3  responsive to your seven requests?  Or not.

11:20:19  4          **MR. LAIDMAN:**  That is my understanding of our

11:20:21  5  conversations of those -- the government's half of this

11:20:26  6  report.

11:20:27  7          **THE COURT:**  Okay.  So, once they produce the

11:20:29  8  23,000 plus pages to you, the production will be over, and

11:20:32  9  you can then move towards summary judgment if there are

11:20:37  10  disputes concerning, I guess, the extent of the production,

11:20:41  11  right, the completeness of it, whether some materials in your

11:20:46  12  view may not have been properly redacted or withheld.

11:20:50  13          **MR. LAIDMAN:**  I think that is correct, Your Honor,

11:20:51  14  with one little asterisk, which is that for most of the

11:20:58  15  issues that we're meeting and conferring about, regarding the

11:20:59  16  sufficiency of the production, those we will either work out

11:21:02  17  or address in summary judgment.

11:21:03  18          The only asterisk there is that this issue of

11:21:07  19  whether they did a complete search to identify all the red

11:21:10  20  books.  So, we'll talk about that.  Either they will say they

11:21:15  21  did, and we'll either accept it or go to summary judgment or

11:21:19  22  we might make that an issue about the adequacy of the search.

11:21:22  23  If they come back and say:  Oh, yeah, here are some more,

11:21:26  24  then there could be some more pages, and it could push it

11:21:29  25  back a little bit.  But if they come back and say it was

11:21:31  1   adequate, then it would be, I guess, an issue for summary

11:21:35  2   judgment.

11:21:35  3             **THE COURT:**  Okay.  All right, thank you.

11:21:37  4             **MR. LAIDMAN:**  Thank you.

11:21:38  5             **THE COURT:**  So, let me hear from Mr. Barragan on

11:21:41  6   behalf of the government.

11:21:42  7             **MR. BARRAGAN:**  And I've been fully vaccinated,

11:21:47  8   Your Honor, if I may.

11:21:48  9             **THE COURT:**  You may.

11:21:51  10            **MR. BARRAGAN:**  Thank you.  Yeah, I just would like

11:21:53  11  to clarify a couple of points, is that the original request,

11:21:56  12  Your Honor, it requested that the red books be produced in an

11:22:00  13  Excel format.  And so the agency initially provided an Excel

11:22:05  14  document listing a 190 red books, the basis for these

11:22:10  15  reports, and a lot of underlying information so that the

11:22:13  16  requester could engage with the agency on an administrative

11:22:19  17  level.  After that --

11:22:20  18            **THE COURT:**  And when did that happen?

11:22:21  19            **MR. BARRAGAN:**  That occurred about a year ago,

11:22:23  20  Your Honor, March of -- so for the red books request, that

11:22:30  21  occurred about a year ago while litigation was ongoing, but

11:22:33  22  that was -- the initial complaint did not include the red

11:22:37  23  books requests.  So in September the complaint was amended to

11:22:40  24  add the sixth and seventh red books requests, that's the

11:22:44  25  issue that we're discussing now.

| | |
|---|---|
| 11:22:47 | 1 |
| 11:22:48 | 2 |
| 11:22:51 | 3 |
| 11:22:54 | 4 |
| 11:22:57 | 5 |

**THE COURT:**  The red books were part of the original seven requests.

1   **THE COURT:**  The red books were part of the
2   original seven requests.

3   **MR. BARRAGAN:**  First there were five requests part
4   of the operative complaint in the initial complaint.

5   **THE COURT:**  Before there was litigation, there
6   were seven FOIA requests made to your agencies, right, by the
7   LA Times, and those red books are in those requests, right?

8   **MR. BARRAGAN:**  That's correct, Your Honor.

9   **THE COURT:**  And those requests were made in June
10  and July of 2020.

11  **MR. BARRAGAN:**  That's right.

12  **THE COURT:**  The litigation doesn't arise until
13  what, end of 2020?

14  **MR BARRAGAN:**  That's correct.

15  **THE COURT:**  December?

16  **MR. BARRAGAN:**  About a year ago.

17  **THE COURT:**  Okay.  So, what did the agencies do to
18  prioritize and to produce anything before the LA Times
19  resorts to litigation?

20  **MR. BARRAGAN:**  They were in communication with
21  their journalists about what exactly they were seeking, and
22  there were attempts to produce 37 red book reports.  Those
23  attempts, you know, based on the litigation being filed went
24  to our office, and we decided to produce the entirety of the
25  red books that were identified as potentially responsive.

11:23:51    1          **THE COURT:**  Right, but that's after the good

11:23:53    2    lawyers at the Department of Justice get involved, right?

11:23:56    3          **MR. BARRAGAN:**  That's right.

11:23:57    4          **THE COURT:**  Before you get involved, right?

11:23:59    5    Because the statute, it's self-effectuating, right?  It

11:24:02    6    shouldn't require lawsuits or lawyers to get involved, right?

11:24:05    7    The agencies are supposed to produce by law upon receipt,

11:24:09    8    right, and obviously there are exemptions that apply, you

11:24:13    9    know, those may be reasons to not produce something.

11:24:15    10         So, I understand from reading the materials

11:24:19    11   in this case that no exemptions have been asserted.  True?

11:24:22    12   The agencies did not assert exemptions pre lawsuit.

11:24:26    13         **MR. BARRAGAN:**  Pre lawsuit, they failed to

11:24:29    14   respond.

11:24:30    15         **THE COURT:**  Okay.  So, it appears from reading the

11:24:32    16   materials in the file that the agencies just really didn't

11:24:37    17   move on this until the Times files an action in this court.

11:24:45    18   Is that fair?

11:24:46    19         **MR. BARRAGAN:**  That's a correct assessment.

11:24:49    20         **THE COURT:**  Yeah, okay.  And then once, of course,

11:24:57    21   the lawsuit gets filed, now we have lawyers, which is a good

11:25:01    22   thing, and lawyers begin to work to try to get the agencies

11:25:06    23   to comply with the statute.

11:25:14    24         So, it seems to me that what we need to

11:25:18    25   resolve now going forward is, yes, the litigation schedule,

11:25:22  1   but also the peace at which the government is going to

11:25:26  2   produce what it has, right, what it has identified as

11:25:28  3   responsive to the requests?

11:25:29  4        **MR. BARRAGAN:**  That's correct, Your Honor.  And I

11:25:31  5   would just like to highlight one thing.  The Excel documents

11:25:34  6   has been produced as we've discussed, the red books

11:25:37  7   themselves have been produced, and part of the red books at

11:25:41  8   the very conclusion of each one is a list of exhibits.  So

11:25:44  9   the Times is aware of the content that's left to produce, and

11:25:49  10  so in December's production we'll begin to produce materials

11:25:55  11  that constitute those exhibits.

11:25:57  12       And so what I've explained to the Times'

11:26:00  13  counsel is, we would like the opportunity to meet and confer

11:26:02  14  and determine whether that information is duplicative of

11:26:06  15  what's already contained in the reports, whether they want to

11:26:10  16  prioritize certain reports and exhibits so that the agency

11:26:14  17  isn't processing 18,000 pages unnecessarily so, and the

11:26:19  18  parties aren't wasting resources litigating over pages that

11:26:23  19  may not be in contention.

11:26:24  20       And so that's why we requested that the Times

11:26:27  21  at least have the opportunity to review some of those

11:26:30  22  exhibits so that we can continue our meet-and-confer efforts.

11:26:33  23       We've offered to review and produce

11:26:37  24  responsive material at the rate of 850 pages per month.

11:26:41  25  Courts for ICE have, up, you know, generally viewed 500 pages

11:26:48  1    to be sufficient.  So, there is varying case law, depending

11:26:51  2    on the circumstance.  So we think 850 pages is a speedy pace

11:26:58  3    for this agency and its current obligations.  If we increase

11:27:01  4    the Times' request, there is only so much the government

11:27:05  5    resource to go around, and so that will necessarily decrease

11:27:08  6    what we're able to do for other requesters.

11:27:12  7              THE COURT:  Well, I don't have the other

11:27:13  8    requesters before me.  I have this one requester before me.

11:27:17  9    And it's been about a year and a half now since the requests

11:27:21  10   were made, as counsel for the Times stated, and we're at a

11:27:25  11   place where the government has produced a few hundred pages

11:27:29  12   of documents.  Yes?

11:27:30  13             MR. BARRAGAN:  Thousands of pages.

11:27:32  14             THE COURT:  Thousands.  Okay.  I heard hundreds.

11:27:34  15             MR. BARRAGAN:  We just released last month 1700

11:27:38  16   pages.

11:27:38  17             THE COURT:  Okay, in the last month.  So, where

11:27:42  18   were you before that?

11:27:43  19             MR. BARRAGAN:  There were hundreds of pages that

11:27:45  20   were identified and responsive to each position.  The Excel

11:27:49  21   document, I don't know exactly how many pages that was.  But

11:27:51  22   I think more of a thousand as opposed to a hundred or so

11:27:55  23   pages.

11:27:55  24             THE COURT:  So, tell me -- I mean, a

11:27:58  25   20-some-thousand-document production doesn't sound unduly

11:28:03  1    burdensome, all right?  So, tell me, in the world of

11:28:07  2    litigation a 20-some-thousand-page production would get

11:28:12  3    handled fairly promptly.  So, tell me why it's going to take

11:28:16  4    21 months at the pace of 850 pages a month to produce these

11:28:27  5    materials?

11:28:28  6         **MR. BARRAGAN:**  And that's an important point, Your

11:28:30  7    Honor, that these records are containing third party

11:28:33  8    information.  So, witnesses and federal employees, and so

11:28:37  9    eyes have to be laid on these pages to identify the

11:28:40  10   appropriate exemption.  So we're talking about B(b), third

11:28:43  11   party privacy rights.  If a complainant made an issue to the

11:28:46  12   agency, we don't want to release their name and have that be

11:28:49  13   part of the public record.  And so that's why it necessarily

11:28:51  14   takes time for the agency to review that.

11:28:53  15        **THE COURT:**  It does, but the agencies also had

11:28:56  16   about 18 months to do this, right?  So, I recognize that as

11:29:00  17   we sit here today, and you look down the road and you say:

11:29:03  18   Well, I would like the luxury of time to do all this work and

11:29:08  19   to do it right, I appreciate that, but I also have to look at

11:29:13  20   it from the perspective that in a way the agency has -- the

11:29:16  21   agencies have -- have put themselves in this bind by not

11:29:21  22   being as diligent as arguably they should have been,

11:29:28  23   certainly before lawyers got involved and certainly I'm sure

11:29:31  24   much has been accomplished since the lawyers got involved.

11:29:36  25             So, I mean, there is some prioritization

11:29:43  1   within FOIA, is there not, for a case like this that

11:29:49  2   justifies an expedited processing of documents?

11:29:55  3        **MR. BARRAGAN:**  The agency has afforded additional

11:29:57  4   resources to this case.  So as I mentioned, the standard is

11:30:01  5   500.  We've agreed to 850 in an effort to show good faith.

11:30:05  6   And I just want to also highlight when the agency released

11:30:09  7   the Excel document, it could have been that that would have

11:30:12  8   satisfied the Times' request.

11:30:15  9        Also, the red books being released, it could

11:30:18  10  have been that that would have fulfilled the agency's

11:30:21  11  obligations; but when we met and conferred as part of the

11:30:25  12  litigation, they identified the need to have exhibits be

11:30:28  13  included, and we agreed.

11:30:30  14       But it's not necessarily the case that the

11:30:32  15  agency was sitting on its hands.  It was processing and

11:30:36  16  reviewing records that were responsive to this request and

11:30:40  17  each FOIA request, and, you know, you have what's on the

11:30:45  18  page.  And so we did comply with that.  We produced an Excel

11:30:48  19  sheet.

11:30:48  20       But then you have additional records through

11:30:52  21  attorneys, as you mentioned, to discuss what's truly trying

11:30:56  22  to be obtained, and were able to go beyond just

11:30:59  23  administrative level and talk about how can we resolve this

11:31:02  24  creatively.

11:31:03  25       And so I think that we can benefit from that

| | |
|---|---|
| 11:31:05 | 1 |
| 11:31:08 | 2 |
| 11:31:11 | 3 |
| 11:31:15 | 4 |
| 11:31:17 | 5 |
| 11:31:21 | 6 |

1  here in allowing the agency to release exhibits, talking

2  further if the Court is inclined to go above what we're

3  offering at 850, I would just ask that you consider a further

4  status conference once we've reviewed some of the exhibits

5  and maybe had an opportunity to prioritize since this is a

6  final remaining issue.

7  With respect to the referred materials, I

8  understand that we're nearing the conclusion of those

9  records.  So, I would be comfortable saying within 60 days

10  that we'd have the other requests addressed.

11  THE COURT:  What sort of information is set forth

12  in the Excel sheet?

13  MR. BARRAGAN:  It identifies each reportive

14  investigation and its summary of the alleged allegation,

15  so -- of the allegations.  So harassment, the type of

16  location that incident occurred.  It's been a while,

17  candidly, since I've reviewed that specific material.  We've

18  just released other pages that were the actual reports.  So,

19  but it was a summary of these incident reports.

20  THE COURT:  Okay.  So, it's a summary of each, I

21  guess, complaint --

22  MR. BARRAGAN:  That's right.

23  THE COURT:  -- that's been lodged by someone who's

24  detained at an ICE facility, right, around the country, I

25  presume?

11:32:28  1           MR. BARRAGAN:  That's right.

11:32:32  2           THE COURT:  And then underlying each of those,

11:32:34  3    there are materials.  I presume that when someone makes a

11:32:37  4    complaint, that forms get filled out, that people get

11:32:40  5    interviewed, that things happen, right?

11:32:42  6           MR. BARRAGAN:  There is transcripts --

11:32:44  7           THE COURT:  And these are the exhibits.

11:32:45  8           MR. BARRAGAN:  -- e-mails, letters, yes.

11:32:47  9           THE COURT:  Okay.  So, it's a fairly predictable

11:32:53  10   that the newspaper would want to see all that, right?  Okay.

11:33:03  11           It seems to me, I mean, I recognize I may not

11:33:08  12   be a FOIA expert; but, nonetheless, what I have gleaned from

11:33:15  13   your papers, the complaint and whatnot in this case, it seems

11:33:22  14   to me that some expedited processing is appropriate in this

11:33:27  15   case, and that Congress in fact amended the statute in 1996

11:33:33  16   to provide for expedited processing in certain circumstances,

11:33:37  17   right?  And one of those circumstances is in cases of

11:33:42  18   requests that are made by persons engaged primarily in the

11:33:49  19   dissemination of information, which certainly suggests a

11:33:53  20   reporter would fall within that description, and that these

11:33:57  21   matters are of some urgency for purposes of informing the

11:34:01  22   public.

11:34:01  23           We know that the nature of the allegations

11:34:03  24   here obviously are very sensitive.  We are dealing with a, I

11:34:10  25   would say, a vulnerable population, right, of people who are

| | |
|---|---|
| 11:34:18 | 1 |
| 11:34:21 | 2 |
| 11:34:26 | 3 |
| 11:34:30 | 4 |

being held in detention centers and presumably entered the
United States.  And as we know, these folks usually have very
limited resources and oftentimes come here with nothing more
than what's on their back.

So, I am sensitive to the nature of these
allegations involving particularly vulnerable people in our
society and who are being detained by our government and the
fact that there is a statutory expedited processing
provision, and specifically -- that's at Title 5 U.S. Code,
Section 552a(6)(e).

So, although I am sensitive to demands placed
on our government and the limited resources that our
government has, and I'm sure the volume of FOIA requests are
significant, it seems to me that this particular request is
deserving of a bit more attention than it had received before
the lawsuit was filed and the lawyers got involved and that
it deserves a significantly higher pace of production.

So, if you're asking me, and I get the
feeling that that's what this conference is about, that you
are quote, at an impasse, as you stated, and you are asking
me to sort of settle the pace of production, right?  I'm not
hearing any disagreement.  So, I'm assuming that that's why
we're here in part, in great part, aside from your briefing
schedule for MSJ purposes.

        **MR. BARRAGAN:**  Yeah, I think the parties had

11:36:07    1    initially, for the joint report with those five requests,

11:36:13    2    reached the deadlines that were set by the Court initially,

11:36:16    3    and we agreed that this would be the most cooperative way to

11:36:19    4    approach the Court to vacate that and reassess the case.

11:36:22    5         **THE COURT:**  Okay.  I don't think a 21-month period

11:36:33    6    is reasonable.  So, the Times is asking for a minimum of

11:36:40    7    3,000 pages a month and has supplied the Court with cases

11:36:45    8    granted involving substantially larger batches of responsive

11:36:51    9    pages; but one in particular stands out, CVV DOJ which the

11:37:01   10    FBI proposed responding at the standard pace of 500 pages a

11:37:05   11    month, and at that pace, the Court noted that it was going to

11:37:10   12    take the FBI just shy of 17 years to complete the processing

11:37:14   13    of the responsive documents.

11:37:16   14             Thankfully, that's not the situation we have

11:37:19   15    here; but, nonetheless, in that case the Court ordered just

11:37:23   16    under 3,000 pages a month.  So, I am going to grant the

11:37:27   17    Times' request to increase the pace of production to 3,000 a

11:37:34   18    month.  I think that's --

11:37:36   19             Honestly, I think it should be higher, but I

11:37:40   20    am willing to start there, and then probably have you back

11:37:45   21    here in 30 days, 60 days, whatever you think is appropriate,

11:37:53   22    to see how it's going.  But, honestly, I'm of the view that

11:38:02   23    you can produce 23,000 pages pretty quickly, and you should,

11:38:06   24    especially at the stage that we find ourselves now from where

11:38:11   25    these -- from the time in which these requests were

11:38:15　1　originally made, you know, which is a year and a half ago,

11:38:21　2　basically.

11:38:23　3　　　　　　　So, I'm going to order the government to

11:38:29　4　produce at least at a minimum of 3,000 pages a month, and

11:38:34　5　we'll go from there.

11:38:36　6　　　　　MR. BARRAGAN:  Can I ask a clarifying question,

11:38:38　7　Your Honor?  The documents that are left are about 18,000,

11:38:42　8　and so the agency has to review and then produce.  It's not

11:38:46　9　necessarily that every page they review will be produced.

11:38:52　10　Sometimes it's completely withheld.  So is that we're being

11:38:54　11　ordered to review 3,000 pages and release the material that

11:38:59　12　is nonexempt per month?  Is that acceptable?

11:38:59　13　　　　　THE COURT:  I want you, I guess --

11:39:02　14　　　　　　　Look, the Times is willing to accept the

11:39:06　15　six-month runway here.  So, I want you to be done in that

11:39:09　16　timeframe.  Okay?  That's --

11:39:15　17　　　　　　　I was assuming you had 18,000 pages to

11:39:18　18　produce; but if you're saying it's going to be a subset or

11:39:23　19　could be a subset of the 18,000, I just want you to be done

11:39:27　20　in that six-month time period; and if you can do anything to

11:39:30　21　accelerate that pace, I would appreciate it, because I think

11:39:34　22　they've waited long enough.

11:39:38　23　　　　　MR. BARRAGAN:  I'll communicate that to the

11:39:40　24　agency, Your Honor.  You know, I've handled a number of these

11:39:44　25　cases, and it is unfortunate when we have delays.  I will

11:39:47 1    just, you know, reemphasize that cases that we handle

11:39:52 2    typically, you know, the Court does consider the volume of

11:39:55 3    other cases.  I know you've expressed that's not this case

11:39:59 4    before us, but those resources will be taken from other

11:40:02 5    requests.  I just want to reemphasize that.

11:40:05 6            **THE COURT:**  Well, I don't know what the full scope

11:40:07 7    of all of the requests are that are pending at DHS and its

11:40:13 8    sister agencies, but this seems to be an important one and

11:40:19 9    deserving of attention.  And, again, they've had a long time

11:40:24 10   to do it.  This could have been done by now.  It should have

11:40:29 11   been done by now.

11:40:29 12           **MR. BARRAGAN:**  Can I request --

11:40:31 13           I mean, I understand your order is to get

11:40:34 14   this completed within six months.

11:40:37 15           **THE COURT:**  Six months or less.

11:40:38 16           **MR. BARRAGAN:**  Can I request a further status

11:40:40 17   conference as you were mentioning --

11:40:40 18           **THE COURT:**  Yes.

11:40:41 19           **MR BARRAGAN:**  -- within 30 days to just update the

11:40:44 20   Court on, you know, once they reviewed, the LA Times has

11:40:47 21   reviewed the exhibits, if we think it's necessary to -- you

11:40:55 22   know, we'll provide a report and let you know where we are

11:40:55 23   and any issues that the agency is having.

11:40:58 24           **THE COURT:**  Sure.  Is 30 days -- I don't know if

11:41:01 25   that's too quick, but if you'd like to come back in 30 days,

11:41:05  1   I'll have you back here in 30 days.  But I'd like you to file

11:41:09  2   another status report, and the last one you filed was pretty

11:41:14  3   extensive.  So you'd be working on that fairly soon because

11:41:18  4   you'll need to file it about a week before you come see me so

11:41:21  5   we can all look at it.

11:41:21  6           **MR. BARRAGAN:**  Maybe 45 days.

11:41:24  7           **THE COURT:**  Okay.

11:41:24  8           **MR. LAIDMAN:**  I was going --

11:41:25  9           **THE COURT:**  Do you want to propose a Friday to me?

11:41:43  10          **MR BARRAGAN:**  Do you have your calendar, Counsel?

11:41:43  11          **MR. LAIDMAN:**  I think --

11:41:44  12              So just to clarify, the 45 days would include

11:41:48  13  the first of the new monthly requirement of 3,000 pages

11:41:53  14  process.  So we presumably would have seen at least one

11:41:57  15  significant batch of the exhibits.

11:41:58  16          **THE COURT:**  It would most definitely include that.

11:42:01  17  They're going to process at least 3,000 pages a month going

11:42:06  18  forward.  So 45 days from now presumably will be well into

11:42:10  19  their second 3,000-page month of review and processing.

11:42:19  20              So, 45 days from now is approximately --

11:42:24  21  either the 14th or the 21st of January.

11:42:31  22          **MR. BARRAGAN:**  Both of those Fridays work for me,

11:42:34  23  Your Honor.

11:42:35  24          **MR. LAIDMAN:**  For me as well.

11:42:37  25          **THE COURT:**  All right, well, I'd like to give you

11:42:39  1  time to work through this.  So, let's make it the 21st then,

11:42:43  2  and then if you can file a report by the 14th, a joint report

11:42:47  3  like you did before.  And then I am fine with your proposal

11:42:54  4  to have your first set of MSJ papers files filed 30 days

11:43:10  5  after the production is complete.  So, we can wait to

11:43:14  6  calendar those dates.

11:43:14  7          MR BARRAGAN:  Yes, Your Honor.

11:43:14  8          THE COURT:  I think we vacated all other dates for

11:43:18  9  you, right?

11:43:19  10          MR. BARRAGAN:  Yes, Your Honor.

11:43:21  11          THE COURT:  All right.  Anything else?

11:43:21  12          MR. BARRAGAN:  Nothing further.

11:43:22  13          THE COURT:  All right, we'll issue a brief order,

11:43:24  14  but we'll see you back here on the 21st of January, then, at

11:43:31  15  the time to be determined, probably.

11:43:33  16                  Typically here, my civil matters are in the

11:43:35  17  afternoon, but it just depends on the calendar.  And you're

11:43:38  18  both local, you're both here, so --

11:43:41  19          MR BARRAGAN:  That's correct.

11:43:41  20          COURT CLERK:  I need a time for calendar purposes.

11:43:43  21          THE COURT:  Okay, why don't we say 1:30; but it

11:43:47  22  could change to the morning if I don't have criminal matters

11:43:49  23  in the morning.  Okay?

11:43:50  24          MR. BARRAGAN:  Yes, Your Honor.  Thank you very

11:43:51  25  much.

| | | |
|---|---|---|
| 11:43:52 | 1 | **THE COURT:** All right. You're both welcome. |
| 11:43:54 | 2 | Thank you. |
| 11:43:55 | 3 | We're in recess. |
| 11:43:58 | 4 | (Proceedings concluded.) |
| 11:43:59 | 5 | (Recess taken.) |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1          C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser
                                       1/19/2022
11   _____       _____
     Anne Kielwasser, CSR, RPR         Date
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**/**

**/S/Anne** [1] - 29:10

**1**

**1/19/2022** [1] - 29:10
**11:00** [2] - 1:19, 3:1
**14th** [2] - 26:21, 27:2
**17** [1] - 23:12
**1700** [1] - 17:15
**18** [1] - 18:16
**18,000** [8] - 6:5, 10:3, 10:22, 11:15, 16:17, 24:7, 24:17, 24:19
**190** [2] - 9:16, 13:14
**1996** [1] - 21:15
**1:30** [1] - 27:21

**2**

**20-10911** [2] - 1:11, 3:5
**20-some-thousand-document** [1] - 17:25
**20-some-thousand-page** [1] - 18:2
**2019** [1] - 7:15
**2020** [4] - 5:19, 5:22, 14:10, 14:13
**2021** [2] - 1:18, 3:1
**21** [1] - 18:4
**21-month** [1] - 23:5
**213-633-6800** [1] - 2:7
**213-633-6899** [1] - 2:7
**213-894-2444** [1] - 2:16
**213-894-7819** [1] - 2:16
**21st** [3] - 26:21, 27:1, 27:14
**23,000** [2] - 12:8, 23:23
**24th** [1] - 2:6
**26** [1] - 6:14

**3**

**3** [2] - 1:18, 3:1
**3,000** [8] - 6:23, 23:7, 23:16, 23:17, 24:4, 24:11, 26:13, 26:17
**3,000-page** [1] - 26:19
**30** [7] - 5:2, 23:21, 25:19, 25:24, 25:25, 26:1, 27:4
**300** [1] - 2:15

**37** [1] - 14:22

**4**

**4** [2] - 11:18, 11:22
**4000** [1] - 7:17
**45** [4] - 26:6, 26:12, 26:18, 26:20

**5**

**5** [1] - 22:9
**5,000** [4] - 8:4, 10:4, 11:18, 11:22
**500** [3] - 16:25, 19:5, 23:10
**552a(6)(e)** [1] - 22:10

**6**

**60** [2] - 20:9, 23:21

**7**

**7516** [1] - 2:15

**8**

**850** [5] - 16:24, 17:2, 18:4, 19:5, 20:3
**865** [1] - 2:6

**9**

**90012** [1] - 2:15
**90017-2566** [1] - 2:6

**A**

**A.M** [2] - 1:19, 3:1
**Aaron** [1] - 2:5
**able** [3] - 10:8, 17:6, 19:22
**accelerate** [1] - 24:21
**accept** [2] - 12:21, 24:14
**acceptable** [1] - 24:12
**access** [1] - 4:2
**accomplish** [2] - 3:21, 4:22
**accomplished** [1] - 18:24
**according** [1] - 5:3
**Act** [1] - 3:20
**action** [3] - 3:19, 5:5,

15:17
**actual** [2] - 9:18, 20:18
**add** [1] - 13:24
**addition** [1] - 10:3
**additional** [3] - 11:13, 19:3, 19:20
**address** [1] - 12:17
**addressed** [1] - 20:10
**addressing** [1] - 4:6
**adequacy** [1] - 12:22
**adequate** [1] - 11:22
**adjust** [1] - 10:18
**administrative** [2] - 13:16, 19:23
**adopt** [2] - 4:23, 5:10
**adopts** [1] - 10:18
**AENLLE** [1] - 1:4
**AENLLE-ROCHA** [1] - 1:4
**afforded** [1] - 19:3
**afternoon** [1] - 27:17
**agencies** [10] - 7:1, 14:6, 14:17, 15:7, 15:12, 15:16, 15:22, 18:15, 18:21, 25:8
**agency** [5] - 5:20, 13:13, 13:16, 16:16, 17:3, 18:12, 18:14, 18:20, 19:3, 19:6, 19:15, 20:1, 24:8, 24:24, 25:23
**agency's** [1] - 19:10
**ago** [4] - 13:19, 13:21, 14:16, 24:1
**agree** [2] - 4:24, 10:20
**agreed** [3] - 19:5, 19:13, 23:3
**al** [2] - 1:13, 3:7
**allegation** [1] - 20:14
**allegations** [3] - 20:15, 21:23, 22:6
**alleged** [1] - 20:14
**allowing** [1] - 20:1
**almost** [2] - 5:19, 6:2
**amended** [2] - 13:23, 21:15
**amount** [1] - 10:16
**analogous** [1] - 6:19
**ANGELES** [1] - 1:8
**Angeles** [6] - 1:18, 2:6, 2:15, 2:15, 3:6, 3:10
**Anne** [1] - 29:11
**ANNE** [1] - 1:23
**anne.kielwasser@
gmail.com** [1] - 1:25
**answer** [1] - 5:16
**appearances** [1] - 3:8
**apply** [1] - 15:8

**appreciate** [3] - 4:13, 18:19, 24:21
**approach** [1] - 23:4
**appropriate** [9] - 4:24, 5:8, 6:9, 6:17, 7:9, 8:25, 18:10, 21:14, 23:21
**arguably** [1] - 18:22
**arise** [1] - 14:12
**aside** [1] - 22:23
**assert** [1] - 15:12
**asserted** [1] - 15:11
**assessment** [1] - 15:19
**assistance** [1] - 5:25
**assistants** [1] - 3:11
**assuming** [3] - 10:15, 22:22, 24:17
**assumption** [1] - 10:12
**asterisk** [2] - 12:14, 12:18
**attachments** [1] - 6:6
**attempts** [2] - 14:22, 14:23
**attention** [2] - 22:15, 25:9
**Attorney** [2] - 2:14, 3:12
**attorneys** [1] - 19:21
**AUSA** [1] - 2:14
**authorities** [1] - 6:19
**awaiting** [1] - 7:21
**aware** [1] - 16:9

**B**

**B(b** [1] - 18:10
**ball** [1] - 4:19
**Barragan** [5] - 2:14, 3:12, 4:16, 11:2, 13:5
**BARRAGAN** [38] - 3:11, 13:7, 13:10, 13:19, 14:3, 14:8, 14:11, 14:14, 14:16, 14:20, 15:3, 15:13, 15:19, 16:4, 17:13, 17:15, 17:19, 18:6, 19:3, 20:13, 20:22, 21:1, 21:6, 21:8, 22:25, 24:6, 24:23, 25:12, 25:16, 25:19, 26:6, 26:10, 26:22, 27:7, 27:10, 27:12, 27:19, 27:24
**based** [1] - 14:23
**basis** [2] - 7:7, 13:14
**batch** [1] - 26:15

**batches** [1] - 23:8
**bears** [1] - 5:6
**begin** [2] - 15:22, 16:10
**beginning** [1] - 8:3
**BEHALF** [2] - 2:4, 2:12
**behalf** [1] - 13:6
**believes** [1] - 11:12
**benefit** [1] - 19:25
**beyond** [1] - 19:22
**big** [2] - 8:16, 10:2
**bind** [1] - 18:21
**bit** [2] - 12:25, 22:15
**book** [1] - 14:22
**books** [27] - 6:6, 8:17, 9:5, 9:6, 9:7, 9:8, 9:14, 9:19, 9:20, 9:21, 10:24, 11:1, 11:7, 11:13, 11:16, 12:20, 13:12, 13:14, 13:20, 13:23, 13:24, 14:1, 14:7, 14:25, 16:6, 16:7, 19:9
**bottleneck** [1] - 7:20
**brief** [1] - 27:13
**briefing** [2] - 10:19, 22:23
**burden** [1] - 5:6
**burdensome** [1] - 18:1

**C**

**CA** [2] - 2:6, 2:15
**calendar** [4] - 26:10, 27:6, 27:17, 27:20
**CALIFORNIA** [2] - 1:2, 1:25
**California** [1] - 1:18
**candidly** [1] - 20:17
**captured** [1] - 11:13
**case** [12] - 3:5, 7:20, 15:11, 17:1, 19:1, 19:4, 19:14, 21:13, 21:15, 23:4, 23:15, 25:3
**cases** [7] - 4:5, 6:23, 21:17, 23:7, 24:25, 25:1, 25:3
**CDC** [1] - 4:5
**centers** [1] - 22:1
**CENTRAL** [2] - 1:2, 1:25
**certain** [2] - 16:16, 21:16
**certainly** [4] - 6:15, 18:23, 21:19
**certify** [1] - 29:2
**challenges** [1] - 6:25

**change** [1] - 27:22
**charged** [1] - 29:5
**circuit** [1] - 29:5
**circumstance** [1] - 17:2
**circumstances** [3] - 6:19, 21:16, 21:17
**civil** [2] - 5:9, 27:16
**clarify** [2] - 13:11, 26:12
**clarifying** [1] - 24:6
**CLERK** [2] - 3:5, 27:20
**client** [3] - 7:6, 11:11, 11:12
**clients** [1] - 5:18
**Code** [1] - 22:9
**colleagues** [1] - 4:17
**comfortable** [2] - 4:7, 20:9
**communicate** [1] - 24:23
**Communication** [1] - 3:6
**communication** [1] - 14:20
**Communications** [1] - 3:10
**COMMUNICATIONS** [1] - 1:8
**communications** [1] - 4:17
**complainant** [1] - 18:11
**Complaint** [1] - 8:3
**complaint** [7] - 13:22, 13:23, 14:4, 20:21, 21:4, 21:13
**complaints** [1] - 8:8
**complete** [10] - 5:1, 5:12, 10:20, 10:21, 10:25, 11:6, 12:2, 12:19, 23:12, 27:5
**completed** [2] - 8:7, 25:14
**completely** [2] - 8:13, 24:10
**completeness** [2] - 11:15, 12:11
**completion** [1] - 5:2
**comply** [3] - 4:5, 15:23, 19:18
**concerning** [2] - 3:19, 12:10
**concluded** [1] - 28:4
**conclusion** [2] - 16:8, 20:8
**confer** [3] - 11:14, 16:13, 16:22
**conference** [6] - 3:18, 3:22, 20:4, 22:19,

25:17, 29:7
**CONFERENCE** [1] - 1:17
**conferred** [1] - 19:11
**conferring** [2] - 8:14, 12:15
**conformance** [1] - 29:6
**Congress** [1] - 21:15
**consider** [2] - 20:3, 25:2
**constitute** [2] - 11:1, 16:11
**contained** [1] - 16:15
**containing** [1] - 18:7
**content** [3] - 11:6, 11:16, 16:9
**contention** [1] - 16:19
**continue** [1] - 16:22
**conversations** [2] - 6:1, 12:5
**cooperative** [1] - 23:3
**cordial** [1] - 4:18
**correct** [10] - 11:1, 11:21, 11:24, 12:13, 14:8, 14:14, 15:19, 16:4, 27:19, 29:2
**counsel** [3] - 5:25, 16:13, 17:10
**Counsel** [2] - 3:8, 26:10
**country** [1] - 20:24
**counts** [1] - 8:22
**couple** [1] - 13:11
**course** [2] - 7:4, 15:20
**COURT** [63] - 1:1, 1:24, 3:5, 3:13, 3:25, 4:4, 4:12, 6:14, 7:10, 9:5, 9:8, 9:14, 9:18, 9:21, 9:24, 10:22, 11:3, 11:9, 11:17, 11:22, 11:25, 12:7, 13:3, 13:5, 13:9, 13:18, 14:1, 14:5, 14:9, 14:12, 14:15, 14:17, 15:1, 15:4, 15:15, 15:20, 17:7, 17:14, 17:17, 17:24, 18:15, 20:11, 20:20, 20:23, 21:2, 21:7, 21:9, 23:5, 24:13, 25:6, 25:15, 25:18, 25:24, 26:7, 26:9, 26:16, 26:25, 27:8, 27:11, 27:13, 27:20, 27:21, 28:1
**court** [1] - 15:17
**Court** [17] - 1:24, 4:6, 4:9, 4:23, 5:10, 5:17, 6:10, 6:18, 20:2,

3:2, 23:4, 23:7, 23:11, 23:15, 25:2, 25:20, 29:11
**Court's** [1] - 4:14
**courts** [2] - 6:19, 16:25
**creatively** [1] - 19:24
**criminal** [1] - 27:22
**cross** [2] - 5:8, 5:11
**cross-motions** [2] - 5:8, 5:11
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 29:11
**current** [1] - 17:3
**CV** [2] - 1:11, 3:5
**CVV** [1] - 23:9

**D**

**daily** [1] - 7:6
**Dan** [1] - 3:9
**Daniel** [1] - 2:5
**danlaidman@dwt. com** [1] - 2:8
**database** [1] - 8:8
**Date** [1] - 29:11
**dates** [2] - 27:6, 27:8
**Davis** [1] - 2:5
**days** [13] - 5:2, 20:9, 23:21, 25:19, 25:24, 25:25, 26:1, 26:6, 26:12, 26:18, 26:20, 27:4
**deadlines** [1] - 23:2
**dealing** [1] - 21:24
**DECEMBER** [2] - 1:18, 3:1
**December** [1] - 14:15
**December's** [1] - 16:10
**decided** [1] - 14:24
**decrease** [1] - 17:5
**DEFENDANT** [1] - 2:12
**defendants** [4] - 1:14, 3:12, 7:19, 8:4
**defendants'** [1] - 8:6
**defense** [1] - 3:16
**definitely** [1] - 26:16
**delay** [1] - 7:2
**delays** [1] - 24:25
**demands** [1] - 22:11
**demonstrated** [1] - 5:24
**DEPARTMENT** [2] - 1:12, 2:12
**Department** [2] - 3:6, 15:2
**deposit** [1] - 29:6

**description** [1] - 21:20
**deserves** [1] - 22:17
**deserving** [2] - 22:15, 25:9
**detained** [2] - 20:24, 22:7
**detention** [1] - 22:1
**determine** [1] - 16:14
**determined** [1] - 27:15
**DHS** [3] - 7:15, 7:18, 25:7
**diligent** [2] - 5:23, 18:22
**disagreement** [1] - 22:22
**disclosure** [1] - 10:14
**discuss** [1] - 19:21
**discussed** [2] - 11:11, 16:6
**discussing** [1] - 13:25
**discussions** [2] - 4:18, 10:7
**disputes** [1] - 12:10
**disseminating** [1] - 7:6
**dissemination** [1] - 21:19
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:25
**document** [3] - 13:14, 17:21, 19:7
**documents** [9] - 6:12, 8:10, 10:2, 11:19, 16:5, 17:12, 19:2, 23:13, 24:7
**DOJ** [1] - 23:9
**done** [4] - 24:15, 24:19, 25:10, 25:11
**down** [1] - 18:17
**dragged** [1] - 7:2
**duplicative** [1] - 16:14

**E**

**e-mail** [2] - 2:8, 2:17
**e-mails** [1] - 21:8
**effectuating** [1] - 15:5
**effort** [1] - 19:5
**efforts** [1] - 16:22
**either** [4] - 12:16, 12:20, 12:21, 26:21
**employees** [1] - 18:8
**end** [2] - 5:21, 14:13
**engage** [1] - 13:16
**engaged** [1] - 21:18
**entered** [1] - 22:1
**entering** [1] - 4:14
**entirety** [1] - 14:24
**especially** [2] - 4:1,

23:24
**essence** [1] - 5:17
**et** [2] - 1:13, 3:7
**evaluate** [1] - 8:25
**exactly** [2] - 14:21, 17:21
**Excel** [7] - 13:13, 16:5, 17:20, 19:7, 19:18, 20:12
**exemption** [1] - 18:10
**exemptions** [2] - 15:8, 15:11, 15:12
**exhibit** [1] - 9:5
**Exhibits** [1] - 10:23
**exhibits** [14] - 10:1, 10:7, 11:1, 11:6, 16:8, 16:11, 16:16, 16:22, 19:12, 20:1, 20:4, 21:7, 25:21, 26:15
**expedited** [4] - 19:2, 21:14, 21:16, 22:8
**expert** [1] - 21:12
**explained** [1] - 16:12
**expressed** [1] - 25:3
**extensive** [2] - 4:16, 26:3
**extent** [1] - 12:10
**eyes** [1] - 18:9

**F**

**face** [1] - 7:1
**facility** [1] - 20:24
**fact** [4] - 7:3, 7:6, 21:15, 22:8
**failed** [1] - 15:13
**fair** [2] - 10:12, 15:18
**fairly** [3] - 18:3, 21:9, 26:3
**faith** [1] - 19:5
**fall** [1] - 21:20
**far** [2] - 6:23, 11:15
**Fax** [2] - 2:7, 2:16
**FBI** [2] - 23:10, 23:12
**federal** [1] - 18:8
**Federal** [1] - 1:24
**fee** [1] - 29:5
**fees** [1] - 29:5
**FERNANDO** [1] - 1:4
**few** [2] - 11:18, 17:11
**Figueroa** [1] - 2:6
**file** [5] - 5:21, 15:16, 26:1, 26:4, 27:2
**filed** [7] - 3:19, 5:23, 14:23, 15:21, 22:16, 26:2, 27:4
**files** [2] - 15:17, 27:4
**filing** [1] - 7:3

3

**filled** [1] - 21:4
**final** [2] - 5:7, 20:6
**fine** [1] - 27:3
**first** [6] - 5:2, 7:4, 7:14, 14:3, 26:13, 27:4
**five** - 14:3, 23:1
**Floor** [1] - 2:6
**FOIA** [7] - 5:5, 5:8, 14:6, 19:1, 19:17, 21:12, 22:13
**folks** [1] - 22:2
**foregoing** [1] - 29:2
**format** [2] - 8:12, 13:13
**forms** [1] - 21:4
**forth** [2] - 8:20, 20:11
**forward** [2] - 15:25, 26:18
**framework** [1] - 4:23
**Freedom** [1] - 3:10
**Friday** [1] - 26:9
**FRIDAY** [2] - 1:18, 3:1
**Fridays** [1] - 26:22
**fulfilled** [1] - 19:10
**full** [4] - 8:20, 10:16, 11:16, 25:6
**fully** [2] - 4:7, 13:7
**future** [1] - 3:15

**G**

**generally** [1] - 16:25
**given** [3] - 7:1, 7:10, 9:8
**glad** [1] - 4:11
**gleaned** [1] - 21:12
**government** [11] - 5:1, 5:6, 11:7, 13:6, 16:1, 17:4, 17:11, 22:7, 22:12, 22:13, 24:3
**government's** [1] - 12:5
**grant** [1] - 23:16
**granted** [1] - 23:8
**great** [1] - 22:23
**grounds** [1] - 10:17
**guess** [6] - 6:5, 7:20, 12:10, 13:1, 20:21, 24:13
**guidebooks** - 8:9
**guidelines** [1] - 4:5

**H**

**half** [5] - 5:20, 6:3, 12:5, 17:9, 24:1
**handle** [1] - 25:1

**handled** [2] - 18:3, 24:24
**hands** [1] - 19:15
**happy** [1] - 5:16
**harassment** [1] - 20:15
**hear** [2] - 3:25, 13:5
**heard** [1] - 17:14
**hearing** [3] - 4:11, 4:14, 22:22
**held** [1] - 22:1
**hereby** [1] - 29:2
**higher** [2] - 22:17, 23:19
**highlight** [2] - 16:5, 19:6
**highly** [1] - 5:7
**history** [1] - 7:1
**holding** [1] - 4:14
**Homeland** [1] - 3:6
**HOMELAND** [2] - 1:12, 2:12
**honestly** [2] - 23:19, 23:22
**Honor** [16] - 3:24, 6:15, 10:18, 12:13, 13:8, 13:12, 13:20, 14:8, 16:4, 18:7, 24:7, 24:24, 26:23, 27:7, 27:10, 27:24
**HONORABLE** [1] - 1:4
**hopefully** [1] - 4:23
**hoping** [1] - 4:22
**hundred** [5] - 7:11, 7:24, 8:4, 17:11, 17:22
**hundreds** [2] - 17:14, 17:19

**I**

**ICE** [5] - 7:18, 8:1, 8:22, 16:25, 20:24
**identified** [1] - 11:25, 14:25, 16:2, 17:20, 19:12
**identifies** [1] - 20:13
**identify** [2] - 12:19, 18:9
**ignored** [1] - 5:20
**impasse** [2] - 4:20, 22:20
**important** [2] - 18:6, 25:8
**incident** [2] - 20:16, 20:19
**inclined** [1] - 20:2
**include** [3] - 13:22, 26:12, 26:16

**included** [1] - 19:13
**increase** [2] - 17:3, 23:17
**individual** [1] - 7:14
**Information** [1] - 3:20
**information** [9] - 6:12, 6:17, 7:7, 8:8, 13:15, 16:14, 18:8, 20:11, 21:19
**informing** [1] - 21:21
**initial** [3] - 8:21, 13:22, 14:4
**insufficient** [1] - 6:11
**interest** [1] - 7:5
**interesting** [1] - 10:13
**interviewed** [1] - 21:5
**investigation** [1] - 20:14
**investigations** [2] - 7:23, 8:17
**involved** [8] - 8:20, 15:2, 15:4, 15:6, 18:23, 18:24, 22:16
**involving** [2] - 22:6, 23:8
**issue** [8] - 11:14, 12:18, 12:22, 13:1, 13:25, 18:11, 20:6, 27:13
**issues** [4] - 4:19, 8:11, 12:15, 25:23

**J**

**January** [2] - 26:21, 27:14
**Jimenez** [1] - 2:14
**joint** [2] - 23:1, 27:2
**journalists** [1] - 14:21
**JUDGE** [1] - 1:4
**judgment** [9] - 4:25, 5:7, 5:11, 8:15, 10:19, 12:9, 12:17, 12:21, 13:2
**judicial** [1] - 29:7
**July** [2] - 5:19, 14:10
**June** [2] - 5:19, 14:9
**Justice** [1] - 15:2
**justifies** [1] - 19:2

**K**

**KIELWASSER** [1] - 1:23
**Kielwasser** [2] - 29:10, 29:11

**L**

**LA** [3] - 14:7, 14:18, 25:20
**laid** [1] - 18:9
**LAIDMAN** [24] - 3:9, 3:24, 4:3, 4:10, 4:13, 6:15, 7:11, 9:7, 9:9, 9:16, 9:20, 9:23, 9:25, 11:2, 11:5, 11:10, 11:21, 11:24, 12:4, 12:13, 13:4, 26:8, 26:11, 26:24
**Laidman** [2] - 2:5, 3:9
**larger** [1] - 23:8
**last** [3] - 17:15, 17:17, 26:2
**law** [2] - 15:7, 17:1
**lawsuit** [8] - 5:21, 5:22, 6:3, 7:3, 15:12, 15:13, 15:21, 22:16
**lawsuits** [1] - 15:6
**lawyers** [8] - 4:6, 15:2, 15:6, 15:21, 15:22, 18:23, 18:24, 22:16
**learned** [1] - 6:4
**least** [4] - 16:21, 24:4, 26:14, 26:17
**lectern** [1] - 4:2
**left** [5] - 5:14, 8:16, 10:4, 16:9, 24:7
**less** [2] - 25:15, 29:5
**letters** [1] - 21:8
**level** [3] - 5:20, 13:17, 19:23
**likely** [1] - 5:7
**limited** [2] - 22:3, 22:12
**list** [7] - 9:3, 9:5, 9:8, 9:11, 9:18, 9:22, 16:8
**listing** [2] - 8:18, 13:14
**litigating** [1] - 16:18
**litigation** [9] - 5:9, 13:21, 14:5, 14:12, 14:19, 14:23, 15:25, 18:2, 19:12
**LLC** [2] - 1:8, 3:6
**LLP** [1] - 2:5
**local** [1] - 27:18
**location** [1] - 20:16
**lodged** [1] - 20:23
**look** [6] - 10:7, 10:11, 18:17, 18:19, 24:14, 26:5
**LOS** [1] - 1:8
**Los** [6] - 1:18, 2:6, 2:15, 2:15, 3:5, 3:10

**luxury** [1] - 18:18

**M**

**mail** [2] - 2:8, 2:17
**mails** [1] - 21:8
**March** [3] - 6:8, 8:19, 13:20
**mask** [1] - 4:8
**masks** [1] - 4:1
**material** [4] - 10:13, 16:24, 20:17, 24:11
**materials** [10] - 10:25, 12:2, 12:11, 15:10, 15:16, 16:10, 18:5, 20:7, 21:3
**matter** [3] - 3:17, 5:13, 29:4
**matters** [3] - 21:21, 27:16, 27:22
**Matthew** [2] - 2:14, 3:12
**matthew.barragan@usdoj.gov** [1] - 2:17
**mean** [4] - 17:24, 18:25, 21:11, 25:13
**meet** [3] - 11:14, 16:13, 16:22
**meet-and-confer** [2] - 11:14, 16:22
**meeting** [2] - 8:14, 12:15
**mentioned** [2] - 19:4, 19:21
**mentioning** [1] - 25:17
**met** [1] - 19:11
**microphone** [1] - 4:2
**might** [3] - 10:7, 10:8, 12:22
**minimum** [2] - 23:6, 24:4
**modest** [1] - 6:22
**month** [15] - 6:24, 16:24, 17:15, 17:17, 18:4, 23:7, 23:11, 23:16, 23:18, 24:4, 24:12, 24:15, 24:20, 26:17, 26:19
**monthly** [1] - 26:13
**months** [5] - 9:2, 18:4, 18:16, 25:14, 25:15
**morning** [5] - 3:9, 3:11, 3:13, 27:22, 27:23
**most** [3] - 12:14, 23:3, 26:16
**motions** [2] - 5:8, 5:11
**move** [4] - 5:24, 10:20, 12:9, 15:17

**moved** [1] - 4:19
**moving** [1] - 5:2
**MR** [62] - 3:9, 3:11, 3:24, 4:3, 4:10, 4:13, 6:15, 7:11, 9:7, 9:9, 9:16, 9:20, 9:23, 9:25, 11:2, 11:5, 11:10, 11:21, 11:24, 12:4, 12:13, 13:4, 13:7, 13:10, 13:19, 14:3, 14:8, 14:11, 14:14, 14:16, 14:20, 15:3, 15:13, 15:19, 16:4, 17:13, 17:15, 17:19, 18:6, 19:3, 20:13, 20:22, 21:1, 21:6, 21:8, 22:25, 24:6, 24:23, 25:12, 25:16, 25:19, 26:6, 26:8, 26:10, 26:11, 26:22, 26:24, 27:7, 27:10, 27:12, 27:19, 27:24
**MSJ** [2] - 22:24, 27:4

**N**

**name** [1] - 18:12
**narrow** [2] - 10:8, 10:17
**nature** [3] - 5:5, 21:23, 22:5
**nearing** [1] - 20:8
**necessarily** [4] - 17:5, 18:13, 19:14, 24:9
**necessary** [1] - 25:21
**need** [5] - 10:11, 15:24, 19:12, 26:4, 27:20
**new** [1] - 26:13
**newspaper** [2] - 7:6, 21:10
**newsworthy** [1] - 10:13
**NO** [1] - 1:11
**nonetheless** [2] - 21:12, 23:15
**nonexempt** [1] - 24:12
**North** [1] - 2:15
**noted** [1] - 23:11
**nothing** [2] - 22:3, 27:12
**number** [2] - 6:8, 24:24

**O**

**obligations** [2] - 17:3, 19:11

**obtained** [1] - 19:22
**obviously** [2] - 15:8, 21:24
**occurred** [3] - 13:19, 13:21, 20:16
**OF** [6] - 1:2, 1:12, 1:25, 2:4, 2:12
**offered** [1] - 16:23
**offering** [1] - 20:3
**office** [1] - 14:24
**Office** [1] - 2:14
**officer** [1] - 8:22
**official** [1] - 29:11
**Official** [1] - 1:24
**often** [1] - 5:7
**oftentimes** [1] - 22:3
**ON** [2] - 2:4, 2:12
**once** [5] - 10:9, 12:7, 15:20, 20:4, 25:20
**one** [13] - 7:14, 7:19, 7:20, 8:16, 12:14, 16:5, 16:8, 17:8, 21:17, 23:9, 25:8, 26:2, 26:14
**ongoing** [2] - 7:7, 13:21
**operate** [1] - 10:12
**operative** [1] - 14:4
**opportunity** [3] - 16:13, 16:21, 20:5
**opposed** [2] - 5:8, 17:22
**order** [3] - 24:3, 25:13, 27:13
**ordered** [3] - 6:23, 23:15, 24:11
**original** [2] - 13:11, 14:2
**originally** [1] - 24:1
**ourselves** [1] - 23:24

**P**

**pace** [10] - 4:20, 5:14, 17:2, 18:4, 22:17, 22:21, 23:10, 23:11, 23:17, 24:21
**page** [5] - 5:13, 7:21, 8:22, 19:18, 24:9
**pages** [40] - 6:5, 6:24, 7:11, 7:17, 7:24, 8:1, 8:4, 10:3, 10:22, 11:15, 11:19, 11:20, 11:22, 12:8, 12:24, 16:17, 16:18, 16:24, 16:25, 17:2, 17:11, 17:13, 17:16, 17:19, 17:21, 17:23, 18:4, 18:9, 20:18, 23:7,

23:9, 23:10, 23:16, 23:23, 24:4, 24:11, 24:17, 26:13, 26:17
**papers** [2] - 21:13, 27:4
**part** [7] - 14:1, 14:3, 16:7, 18:13, 19:11, 22:23
**particular** [4] - 7:15, 8:12, 22:14, 23:9
**particularly** [1] - 22:6
**parties** [2] - 16:18, 22:25
**parties'** [1] - 3:18
**party** [2] - 18:7, 18:11
**peace** [1] - 16:1
**pending** [1] - 25:7
**people** [3] - 21:4, 21:25, 22:6
**per** [2] - 16:24, 24:12
**perfectly** [1] - 10:24
**period** [2] - 23:5, 24:20
**persons** [1] - 21:18
**perspective** [2] - 5:18, 18:20
**place** [2] - 7:4, 17:11
**placed** [1] - 22:11
**plaintiff** [4] - 1:10, 3:15, 3:19, 3:23
**PLAINTIFF** [1] - 2:4
**plaintiffs** [1] - 3:10
**plus** [2] - 10:22, 12:8
**point** [6] - 6:1, 6:16, 10:5, 10:12, 10:15, 18:6
**points** [1] - 13:11
**policy** [1] - 8:10
**pool** [1] - 10:2
**population** [1] - 21:25
**portion** [1] - 5:13
**position** [2] - 8:6, 17:20
**potentially** [1] - 14:25
**practice** [1] - 4:4
**pre** [2] - 15:12, 15:13
**predictable** [1] - 21:9
**preliminary** [1] - 10:7
**present** [1] - 6:18
**PRESIDING** [1] - 1:4
**presumably** [3] - 22:1, 26:14, 26:18
**presume** [2] - 20:25, 21:3
**pretty** [2] - 23:23, 26:2
**primarily** [1] - 21:18
**prioritization** [1] - 18:25
**prioritize** [5] - 10:8,

10:17, 14:18, 16:16, 20:5
**privacy** [1] - 18:11
**proceed** [2] - 4:25, 10:15
**proceeding** [1] - 5:3
**proceedings** [1] - 29:3
**Proceedings** [2] - 1:17, 28:4
**process** [3] - 7:18, 26:14, 26:17
**processed** [1] - 8:9
**processing** [10] - 6:7, 8:1, 16:17, 19:2, 19:15, 21:14, 21:16, 22:8, 23:12, 26:19
**produce** [15] - 12:7, 14:18, 14:22, 14:24, 15:7, 15:9, 16:2, 16:9, 16:10, 16:23, 18:4, 23:23, 24:4, 24:8, 24:18
**produced** [10] - 7:4, 9:3, 9:4, 9:9, 13:12, 16:6, 16:7, 17:11, 19:18, 24:9
**production** [22] - 4:21, 4:25, 5:3, 5:12, 5:14, 6:20, 7:8, 7:12, 8:7, 8:21, 10:20, 11:10, 12:8, 12:10, 12:16, 16:10, 17:25, 18:2, 22:17, 22:21, 23:17, 27:5
**productions** [3] - 5:22, 6:23, 7:24
**productive** [2] - 4:18, 5:25
**promptly** [1] - 18:3
**properly** [1] - 12:12
**proposal** [1] - 27:3
**propose** [1] - 26:9
**proposed** [2] - 5:1, 23:10
**provide** [2] - 21:16, 25:22
**provided** [1] - 13:13
**provision** [1] - 22:9
**public** [4] - 7:5, 7:7, 18:13, 21:22
**purposes** [4] - 4:8, 21:21, 22:24, 27:20
**pursuant** [1] - 3:20
**push** [1] - 12:24
**put** [1] - 18:21

**Q**

**questions** [1] - 5:16

10:17, 14:18, 16:16, 20:5
**privacy** [1] - 18:11
**proceed** [2] - 4:25, 10:15

**quick** [1] - 25:25
**quickly** [1] - 23:23
**quote** [1] - 22:20

**R**

**rate** [1] - 16:24
**reached** [1] - 23:2
**reading** [2] - 15:10, 15:15
**ready** [1] - 4:2
**really** [2] - 5:17, 15:16
**reasonable** [4] - 6:22, 6:24, 10:16, 23:6
**reasons** [1] - 15:9
**reassess** [1] - 23:4
**receipt** [1] - 15:7
**received** [6] - 7:16, 8:4, 8:18, 9:13, 9:21, 22:15
**recess** [1] - 28:3
**Recess** [1] - 28:5
**recognize** [2] - 18:16, 21:11
**record** [1] - 18:13
**recorded** [1] - 29:3
**records** [9] - 7:5, 7:12, 7:15, 7:16, 10:5, 18:7, 19:16, 19:20, 20:9
**red** [27] - 6:6, 8:16, 9:5, 9:6, 9:7, 9:8, 9:14, 9:19, 9:20, 9:21, 10:23, 11:1, 11:7, 11:13, 12:19, 13:12, 13:14, 13:20, 13:22, 13:24, 14:1, 14:7, 14:22, 14:25, 16:6, 16:7, 19:9
**redacted** [1] - 12:12
**redactions** [1] - 8:11
**reduction** [1] - 29:6
**reemphasize** [2] - 25:1, 25:5
**reference** [1] - 3:15
**referred** [4] - 7:18, 8:1, 20:7
**regarding** [1] - 12:15
**regular** [2] - 5:3, 7:7
**regulations** [1] - 29:7
**release** [3] - 18:12, 20:1, 24:11
**released** [4] - 17:15, 19:6, 19:9, 20:18
**remaining** [4] - 4:21, 7:17, 10:2, 20:6
**removing** [1] - 4:7
**repeat** [1] - 5:15
**report** [9] - 5:16, 6:14,

7:15, 12:6, 23:1, 25:22, 26:2, 27:2
**reporter** [2] - 8:23, 21:20
**Reporter** [2] - 1:24, 29:11
**Reporter's** [1] - 1:17
**reportive** [1] - 20:13
**reports** [8] - 7:23, 8:17, 13:15, 14:22, 16:15, 16:16, 20:18, 20:19
**request** [19] - 3:18, 5:10, 7:16, 7:21, 7:22, 8:16, 8:21, 10:9, 11:8, 13:11, 13:20, 17:4, 19:8, 19:16, 19:17, 22:14, 23:17, 25:12, 25:16
**requested** [3] - 6:6, 13:12, 16:20
**requester** [2] - 13:16, 17:8
**requesters** [2] - 17:6, 17:8
**requesting** [1] - 6:22
**requests** [25] - 5:18, 6:4, 7:14, 8:2, 8:7, 8:13, 10:4, 11:23, 12:3, 13:23, 13:24, 14:2, 14:3, 14:6, 14:7, 14:9, 16:3, 17:9, 20:10, 21:18, 22:13, 23:1, 23:25, 25:5, 25:7
**require** [1] - 15:6
**requirement** [1] - 26:13
**resolve** [3] - 8:14, 15:25, 19:23
**resorts** [1] - 14:19
**resource** [1] - 17:5
**resources** [5] - 16:18, 19:4, 22:3, 22:12, 25:4
**respect** [1] - 20:7
**respond** [1] - 15:14
**responding** [1] - 23:10
**response** [2] - 6:12, 7:16
**responsive** [11] - 8:13, 11:7, 11:23, 12:3, 14:25, 16:3, 16:24, 17:20, 19:16, 23:8, 23:13
**result** [1] - 3:18
**review** [8] - 7:13, 16:21, 16:23, 18:14, 24:8, 24:9, 24:11,

26:19
**reviewed** [5] - 6:7, 20:4, 20:17, 25:20, 25:21
**reviewing** [3] - 7:25, 9:16, 19:16
**rights** [1] - 18:11
**road** [1] - 18:17
**ROCHA** [1] - 1:4
**RPR** [2] - 1:23, 29:11
**Rule** [1] - 6:14
**runway** [1] - 24:15

## S

**satisfied** [1] - 19:8
**schedule** [14] - 4:24, 5:3, 5:11, 6:9, 6:11, 6:18, 7:2, 7:8, 9:1, 10:15, 10:18, 10:19, 15:25, 22:24
**schedules** [1] - 6:20
**scope** [1] - 25:6
**search** [2] - 12:19, 12:22
**second** [1] - 26:19
**Section** [1] - 22:10
**SECURITY** [1] - 1:13, 2:12
**Security** [1] - 3:7
**see** [7] - 3:17, 8:14, 10:9, 21:10, 23:22, 26:4, 27:14
**seeking** [1] - 14:21
**seem** [1] - 6:1
**self** [1] - 15:5
**self-effectuating** [1] - 15:5
**sense** [1] - 8:24
**sensitive** [3] - 21:24, 22:5, 22:11
**September** [1] - 13:23
**set** [8] - 4:18, 6:8, 6:11, 6:18, 6:19, 20:11, 23:2, 27:4
**settle** [1] - 22:21
**seven** [3] - 12:3, 14:2, 14:6
**seventh** [1] - 13:24
**several** [6] - 7:11, 7:21, 7:24, 8:4, 8:7, 9:2
**shared** [1] - 11:4
**sheet** [2] - 19:19, 20:12
**show** [1] - 19:5
**shy** [1] - 23:12
**side** [2] - 3:16
**significant** [2] - 22:14,

26:15
**significantly** [1] - 22:17
**similar** [1] - 7:23
**sister** [1] - 25:8
**sit** [1] - 18:17
**sits** [1] - 3:16
**sitting** [1] - 19:15
**situation** [1] - 23:14
**six** [4] - 24:15, 24:20, 25:14, 25:15
**six-month** [2] - 24:15, 24:20
**sixth** [1] - 13:24
**society** [1] - 22:7
**someone** [2] - 20:23, 21:3
**sometimes** [1] - 24:10
**soon** [1] - 26:3
**sort** [3] - 8:19, 20:11, 22:21
**sound** [1] - 17:25
**South** [1] - 2:6
**speaking** [1] - 4:8
**specific** [1] - 20:17
**specifically** [1] - 22:9
**speedy** [1] - 17:2
**spreadsheet** [1] - 8:18
**stage** [1] - 23:24
**standard** [2] - 19:4, 23:10
**stands** [1] - 23:9
**start** [2] - 3:23, 23:20
**starts** [1] - 10:19
**States** [1] - 22:2
**STATES** [2] - 1:1, 1:24
**states** [1] - 29:7
**statistical** [1] - 8:8
**status** [7] - 3:18, 3:22, 5:16, 7:23, 20:4, 25:16, 26:2
**STATUS** [1] - 1:17
**statute** [3] - 15:5, 15:23, 21:15
**statutory** [1] - 22:8
**stenographically** [1] - 29:3
**step** [1] - 5:7
**still** [4] - 7:13, 7:21, 7:25, 8:3
**stipulation** [1] - 4:14
**Street** [2] - 2:6, 2:15
**subject** [1] - 10:14
**subset** [2] - 24:18, 24:19
**substantially** [2] - 7:5, 23:8
**sufficiency** [1] - 12:16
**sufficient** [1] - 17:1

**suggested** [1] - 7:8
**suggests** [1] - 21:19
**Suite** [1] - 2:15
**summary** [12] - 4:25, 5:6, 5:11, 8:15, 10:19, 12:9, 12:17, 12:21, 13:1, 20:14, 20:19, 20:20
**supplied** [1] - 23:7
**supposed** [1] - 15:7

## T

**terms** [1] - 11:14
**testifying** [1] - 4:6
**thankfully** [1] - 23:14
**THE** [60] - 2:4, 3:13, 3:25, 4:4, 4:12, 6:14, 7:10, 9:5, 9:8, 9:14, 9:18, 9:21, 9:24, 10:22, 11:3, 11:9, 11:17, 11:22, 11:25, 12:7, 13:3, 13:5, 13:9, 13:18, 14:1, 14:5, 14:9, 14:12, 14:15, 14:17, 15:1, 15:4, 15:15, 15:20, 17:7, 17:14, 17:17, 17:24, 18:15, 20:11, 20:20, 20:23, 21:2, 21:7, 21:9, 23:5, 24:13, 25:6, 25:15, 25:18, 25:24, 26:7, 26:9, 26:16, 26:25, 27:8, 27:11, 27:13, 27:21, 28:1
**themselves** [2] - 16:7, 18:21
**they've** [3] - 9:8, 24:22, 25:9
**third** [2] - 18:7, 18:10
**thousand** [4] - 7:21, 7:25, 11:18, 17:22
**thousands** [3] - 6:5, 17:13, 17:14
**timeframe** [1] - 24:16
**timeline** [1] - 5:1
**TIMES** [1] - 1:8
**Times'** [4] - 16:12, 17:4, 19:8, 23:17
**Title** [1] - 22:9
**today** [4] - 3:17, 4:15, 4:22, 18:17
**today's** [1] - 3:22
**took** [1] - 7:3
**towards** [1] - 12:9
**transcript** [2] - 29:3, 29:5
**Transcript** [1] - 1:17

**transcripts** [1] - 21:6
**Tremaine** [1] - 2:5
**tried** [4] - 6:18, 6:21, 6:24
**trouble** [1] - 4:10
**true** [2] - 15:11, 29:2
**truly** [1] - 19:21
**try** [1] - 15:22
**trying** [3] - 5:24, 9:1, 19:21
**type** [1] - 20:15
**types** [1] - 5:9
**typically** [2] - 25:2, 27:16

## U

**U.S** [2] - 3:11, 22:9
**under** [3] - 7:13, 10:12, 23:16
**underlying** [3] - 7:14, 13:15, 21:2
**understood** [1] - 6:15
**unduly** [1] - 17:25
**unfortunate** [1] - 24:25
**unfortunately** [1] - 4:19
**UNITED** [2] - 1:1, 1:24
**united** [1] - 29:7
**United** [1] - 22:2
**universe** [5] - 6:12, 10:5, 10:25, 11:6, 12:2
**unnecessarily** [1] - 16:17
**up** [2] - 8:25, 16:25
**update** [1] - 25:19
**urgency** [1] - 21:21
**US** [3] - 1:12, 2:12, 2:14

## V

**vacate** [1] - 23:4
**vacated** [1] - 27:8
**vaccinated** [2] - 4:7, 13:7
**varying** [1] - 17:1
**versus** [1] - 3:6
**view** [2] - 12:12, 23:22
**viewed** [1] - 16:25
**volume** [4] - 6:25, 8:25, 22:13, 25:2
**voluminous** [1] - 8:23
**vS** [1] - 1:11
**vulnerable** [1] - 21:25, 22:6

## W

**wait** [1] - 27:5
**waited** [1] - 24:22
**waiting** [2] - 7:25, 8:3
**wasting** [1] - 16:18
**week** [5] - 6:3, 9:23, 9:25, 11:11, 26:4
**welcome** [1] - 28:1
**whatnot** [1] - 21:13
**willing** [2] - 23:20, 24:14
**withheld** [2] - 12:12, 24:10
**witnesses** [2] - 4:5, 18:8
**world** [1] - 18:1
**Wright** [1] - 2:5

## Y

**year** [9] - 5:19, 6:2, 6:3, 13:19, 13:21, 14:16, 17:9, 24:1
**years** [1] - 23:12
**yesterday** [3] - 7:12, 9:12, 9:13